844        In re Perrier Bottled Water Litigation

| | | |
|---|---|---|
| 90/03/21 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- defts. The Perrier Group of America, Inc. and Great Waters of France, Inc. for transfer of certain actions w/Exhibits 1 thru 17 and cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: District of Connecticut  (ds) |
| 90/03/26 | 2 | LETTER (re: caption of litigation) -- filed by counsel for all defendants w/svc.  (ds) |
| 90/03/27 | | ORDER CHANGING CAPTION OF LITIGATION -- To In re Perrier Bottled Water Litigation -- (Caption was In re Perrier Bottled Water Alleged Benzene Contamination Litigation) -- Notified involved counsel (rh) |
| 90/03/28 | 3 | SUPPLEMENT TO PLDG. #1 -- defts. The Perrier Group of America and Great Waters of France, Inc. w/exhibits A and B and cert. of svc.  (ds) |
| 90/04/02 | | APPEARANCES: C. OLIVER BURT, III, ESQ. for Robert P. Stasi; RICHARD A. FUCHS, ESQ. for B.B. Vahlsing, etc.; HARVEY GREENFIELD, ESQ. for Harold Kahn, etc.; WARREN RUBIN, ESQ. for Philip Cohen, etc.; PHYLLIS C. KAUFMAN, ESQ. for Margery Poggi, etc.; GERALD D. W. NORTH, ESQ. for Don Healy, etc.; JAMES J. HAGAN, ESQ. for Perrier Group, The Perrier Group of American, Inc., Great Waters of France, Inc. and Source Perrier, S.A.; DIANNE M. NAST, ESQ. for L.J. Seglias, etc. and HOWARD Z. ROSEN, ESQ. for Abby Goldbert, etc. (rh) |
| 90/04/05 | | APPEARANCE: WILLIAM E. HAGGERTY, ESQ. for Juanita Boyer, etc. (rh) |
| 90/04/09 | | **HEARING ORDER** -- setting motion to transfer for Panel Hearing in Sioux Falls, South Dakota on May 31, 1990 -- notified involved judges, clerks and counsel (cds) |
| 90/04/10 | 4 | RESPONSE -- (to pldg. #1) Robert P. Stasi, etc.; L.J. Seglias, etc.; A. Weinfeld & Son, Inc., et al.; Margery Poggi, etc.; R.A. Murphy, etc.; Mary D. Bell, etc.; Susie Selverian, etc.; Fischer & Fischer, Inc., etc.; Juanita Boyer, etc.; Philip Cohen, etc.; Harold Kahn; and B.B. Vahlsing, etc. -- w/cert. of svc. (received 4/10/90) (rh) |

JPML FORM 1A                                                          p. 2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 844 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/04/11 | 5 | RESPONSE -- (to pldg. #1) Don Healy, etc. -- w/cert. of svc. (received 4/10/90) (rh) |
| 90/04/11 | 6 | RESPONSE -- (to pldg. #1) Margery Poggi, etc. -- w/cert. of svc. (received 4/10/90) (rh) |
| 90/04/12 | 7 | JOINDER TO PLDG. #4 -- B.B. Vahsling, etc. -- w/cert. of svc. (received 4/12/90) (rh) |
| 90/04/16 | 8 | REPLY -- The Perrier Group of America, Inc. and Great Waters of France, Inc. -- w/Exhibits A-B and cert. of svc. (received 4/16/90) (rh) |
| 90/04/16 | 8A | AMENDMENT TO MOTION -- (To add A-15) -- Filed by The Perrier Group of America, Inc. and Great Water of France, Inc. -- w/cert. of svc. (received 4/16/90) (rh) |
| 90/04/18 | 9 | RESPONSE -- (to pldg. #1) Robert P. Stasi, etc.; L.J. Seglias, etc.; A. Weinfeld & Son, Inc., et al.; Margery Poggi, etc.; R.A. Murphy, etc.; Mary D. Bell, etc.; Susie Selverian, etc.; Fischer & Fischer, Inc., etc.; Juanita Boyer, etc.; Philip Cohen, etc.; Harold Kahn; and B.B. Vahlsing, etc. -- w/Letter (Attached to Official File Copy) ask request that Response be accepted for filing (OK to File) and cert. of svc. (received 4/18/90) (rh) |
| 90/04/19 | 10 | LETTER (objecting to filing of pldg. #9) -- signed by James Hagan, Esq. counsel for movant The Perrier Group of America, Inc. and Great Waters of France, Inc. -- w/service (cds) |
| 90/04/30 | 11 | NOTICE OF RELATED ACTION -- Submitted by counsel for Don Healy, etc. -- w/cert. of service (cds) |
| 90/05/01 |  | AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE (filed 4/9/90) -- adding A-15 to schedule -- notified involved judges, clerks and counsel (cds) |
| 90/05/02 | 12 | SUPPLEMENT TO MOTION (re Pldg. #1) -- defts. The Perrier Group of America, Inc. and Great Waters of France, Inc. -- adding B-16 -- w/Exhibit and cert. of service (cds) |
| 90/05/22 | 13 | RESPONSE (to pldg. 1) -- pltf. Seltzer Sisters Bottling Co., Inc. w/exhibits A and B and cert. of svc. (ds) |
| 90/05/29 | 14 | LETTER -- w/copy of District of Arizona order (remanding A-13 to Superior Court) -- submitted by North & Barron, counsel for Don Healy, etc. (cds) |

JPML FORM 1A

844

| | |
|---|---|
| 90/05/30 | HEARING APPEARANCES -- JAMES J. HAGEN, ESQ. for The Perrier Group of America, Inc. and Great Waters of France, Inc.; C. OLIVER BURT, III, ESQ. for Robert P. Stasi, L.J. Seglias, A. Weinfeld & Son, Inc., Margery Poggi, R.A. Murphy, Mary D. Bell, Juanita Boyer, Philip Cohen, Modern Beverage, Harold Kahn and B.B. Vahlsing; PETER C. WARNER, ESQ. for Seltzer Sisters Bottling Company, Inc. and Don Healy (ds) |
| 90/05/30 | WAIVER OF ORAL ARGUMENT -- Juanita Boyer (ds) |
| 90/06/13 | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the District of Connecticut to the Hon. T.F. Gilroy Daly for pretrial proceedings (rh) |
| 90/06/13 | TRANSFER ORDER -- Transferring A-1-A-11, A-14-A-15 to the District of Connecticut pursuant to 28 U.S.C. §1407 (B-16 N.D. California action was DENIED) -- Notified involved judges, clerks, counsel and misc. recipients (rh) |
| 90/08/08 | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-17 Douglas E. Lee v. Perrier Group of America, et al., S.D. New York, C.A. No. 90-CIV-4002 (KC) -- Notified involved counsel and judges (rh) |
| 90/08/24 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-17) Douglas E. Lee v. Perrier Group of America, et al., S.D. New York, C.A. No. 90-CIV-4002 (KC) -- notified involved judges and clerks (cdm) |
| 91/12/05 | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-18 Gabrielle Strich, etc. v. Source Perrier, S.A., et al., D. New Jersey, C.A. No. 91-CV-5067(JCL) -- Notified involved counsel and judges (rh) |
| 91/12/23 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-18) Gabrielle Strich, etc. v. Source Perrier, S.A., et al., D. New Jersey, C.A. No. 91-CV-5067 (JCL) -- Notified involved judges and clerks (kac) |

JPML Form 1

Revised: 8/78

DOCKET NO. 844 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE PERRIER BOTTLED WATER LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 31, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 13, 1990 | TO | Unpublished | D. Connecticut | Hon. T.F. Gilroy Daly | |

Special Transferee Information

DATE CLOSED: 7/30/93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

D. Connecticut
Hon. T.F. Gilroy Daly

DOCKET NO. 844 -- In re Perrier Bottled Water Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | R.A. Murphy, etc. v. Source Perrier, S.A., et al. | Pa.,E. Broderick | 90-1217 | 6/13/90 | 90-311 | 7/30/93 D | |
| A-2 | Robert P. Stasi, etc. v. Source Perrier, S.A., et al. | Pa.,E. Broderick | 90-1127 | 6/13/90 | 90-304 | 7/30/93 D | |
| A-3 | L.J. Seglias, etc. v. Source Perrier, S.A., et al. | Pa.,E. Broderick | 90-1133 | 6/13/90 | 90-301 | 7/30/93 D | |
| A-4 | A. Weinfeld & Son, Inc., et al., v. Source Perrier, S.A., et al. | Pa.,E. Broderick | 90-1155 | 6/13/90 | 90-303 | 7/30/93 D | |
| A-5 | Mary D. Bell, etc. v. Source Perrier, S.A., et al. | Pa.,E. Broderick | 90-1220 | 6/13/90 | 90-312 | 7/30/93 D | |
| A-6 | Susie Selverian, etc. v. Source Perrier, S.A., et al. | Pa.,E. Broderick | 90-1248 | 6/13/90 | 90-313 | 7/30/93 D | |
| A-7 | Fischer & Fischer, Inc., etc. v. Source Perrier, S.A., et al. | Pa.,E. Broderick | 90-1249 | 6/13/90 | 90-314 | 7/30/93 D | |
| A-8 | Juanita Boyer, etc. v. Source Perrier, S.A., et al. | Pa.,E. Broderick | 90-1250 | 6/13/90 | 90-315 | 7/30/93 D | |
| A-9 | Margery Poggi, etc. v. Source Perrier S.A., et al. | Pa.,E. Broderick | 90-1159 | 6/13/90 | 90-310 | 7/30/93 D | |

DOCKET NO. __844__ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Philip Cohen, etc. v. Source Perrier, S.A., et al. | Pa., E. Broderick | 90-1320 | 6/13/90 | B90-317 | 7/30/93D | |
| A-11 | Harold Kahn, etc. v. Source Perrier, S.A., et al. | Pa., E. Broderick | 90-1621 | 6/13/90 | B90-302 | 7/30/93D | |
| A-12 | B.B. Vahlsing, etc. v. Source Perrier, S.A., et al. | Conn. Daly | B-90-73 | | | 7/30/93D | |
| A-13 | Don Healy, etc. v. Source Perrier, S.A., et al. | D. Ariz. Muecke | Civ90-0417 PHX CAM | | per note:court | remanded to state ct |  |
| A-14 | Abby Goldberg, etc. v. Perrier, Inc., et al. | C.D.Cal. Keller | CV90-1393-WDK (JRx) | 6/13/90 | B90 314 | 7/30/93D | |
| A-15 | Modern Beverage, Inc. v. Source Perrier, S.A., et al. | Pa., E. Broderick | 90-2157 | 6/13/90 | B90-316 | 7/30/93D | |
| B-16 | Seltzer Sister Bottling Co., Inc., etc. v. Source Perrier S.A., et al. | Cal., N. Ingram | 90-20230-WAI | | Denied | 6/13/90 Denied | |

July 1990 - 13 TR/1 XV2/14 Pending

| C-17 | Douglas E. Lee v. Perrier Group of America, et al. 8/8/90 | N.Y., S. Conboy | 90-CIV-4002 (KC) | 8/24/90 | B90-467 | 7/30/93D | |
| C-18 | Gabrielle Strich, etc. v. Source Perrier, S.A., et al. 12-5-91 | D. N.J. Lifland | 91-CV-5067 (JCL) | 12/23/91 | S.92cv19 | 7/30/93D | |

July 1992 - 2 TR/16 Pending

Sept. 1993  16 Dis./0 pending

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 844 -- In re Perrier Bottled Water Litigation

---

R.A. MURPHY, ETC. (A-1)
SUSIE SELVERIAN, ETC. (A-6)
Michael J. Pucillo, Esq.   (No App. Rec'd)
Greenfield & Chimicles
Esperante, Suite 960
222 Lakeview Avenue
West Palm Beach, Florida   33401-6112

ROBERT P. STASI, ETC. (A-2)
C. Oliver Burt, III, Esq.
Greenfield & Chimicles
361 West Lancaster Avenue
Haverford, Pennsylvania   19041-0100

L.J. SEGLIAS, ETC. (A-3)
Dianne M. Nast, Esq.
Kohn, Savett, Klein & Graf, P.C.
1101 Markeet Street
Suite 2400
Philadelphia, Pennsylvania   19107

A. WEINFELD & SON, INC., ET AL. (A-4)
David Berger, Esq.   (No App. Rec'd)
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania   19103

MARY D. BELL, ETC. (A-5)   (No App. Rec'd)
Philip P. Kalodner, Esq.
10 Penn Center Plaza
Suite 100
Philadelphia, Pennsylvania   19106

FISHCHER & FISCHER, INC., ETC. (A-7)
Gerald J. Rodos, Esq.   (No App. Rec'd)
Barrack, Rodos & Bacine
Suite 2100
1845 Walnut Street
Philadelphia, Pennsylvania   16109

MODERN BEVERAGE, INC. (A-15)
JUANITA BOYER, ETC. (A-8)
William E. Haggerty, Esq.
Morgan, Hallgren, Crosswell & Kane, P.C.
P.O. Box 4686
700 North Duke Street
Lancaster, Pennsylvania   17604-4686

MARGERY POGGI, ETC. (A-9)
Phyllis C. Kaufman, Esq.
1500 Locust Street
Suite 3805
Philadelphia, Pennsylvania   19102

PHILIP COHEN, ETC. (A-10)
Warren Rubin, Esq.
Gross & Metzger, P.C.
1500 Walnut Street
Suite 600
Philadelphia, Pennsylvania   19102

HAROLD KAHN, ETC. (A-11)
Harvey Greenfield, Esq.
Law Firm of Harvey Greenfield         CORR.
300 Madison Avenue                    Returned
15th Floor
New York, New York   10017

B.B. VAHLSING, ETC. (A-12)
Richard A. Fuchs, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604

SELTZER SISTER BOTTLING CO., INC. (B-16)
DON HEALY, ETC. (A-13)
Gerald D. W. North
North & Barron
3800 North Central Avenue
Suite 1600
Phoenix, Arizona 85012

ABBY GOLDBERG, ETC. (A-14)
Howard Z. Rosen, Esq.
Posner & Rosen
3600 Wilshire Boulevard
Suite 1800
Los Angeles, California 90010

DOUGLAS E. LEE (C-17)
Douglas E. Lee
75-A-1894
Southport State Prison
P.O. Box 2000
Pine City, New York 14871

SOURCE PERRIER, S.A.
PERRIER GROUP
PERRIER GROUP OF AMERICA, INC.
GREAT WATERS OF FRANCE, INC.
Jeffrey M. Garrod, Esq.
Orloff, Lowenbach, Stifelman
  & Siegel, P.A.
101 Eisenhower Parkway
Roseland, New Jersey 07068-1082

RONALD V. DAVIS (Deft. in C-17)
James J. Hagan, Esq.
(Same As listed above)

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 844 -- In re Perrier Bottled Water Litigation

==================================================

GABRIELLE STRICH, ETC. (C-18)
C. Oliver Burt, III, Esq.
(Same As A-2)

Diane M. Nast, Esq.
(Same As A-3)

Law Offices of Marguerite R. Goodman
Suite 100
1728 Lombard Street
Philadelphia, PA 19146

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 844 -- In re Perrier Bottled Water Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Source Perrier, S.A. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, B-16, C-18 |
| Perrier Group | A-1, A-2, A-4, A-5, A-6, A-9, A-12 |
| Perrier Group of America, Inc. | A-1, A-2, A-3, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, B-16, C-17, C-18 |
| Great Waters of France, Inc. | A-3, A-4, A-7, A-8, A-10, A-11, B-16, C-18 |
| Ronald V. Davis | C-17 |